570 A.2d 977

ROBERT L. DERENSIS AND MARIE DERENSIS, ETC. v.
CITY OF ABSECON, ET AL.

November 13, 1989.

Petition for certification denied.

570 A.2d 977

NEW JERSEY TRANSIT BUS OPERATIONS, INC. v.
DUPONT ASSOCIATES, INC.

November 13, 1989.

Petition for certification denied.

570 A.2d 977

DAVID T. SMITH AND MARIE SMITH v. SQUIBB
CORPORATION, ETC., ET AL.

November 13, 1989.

Petition for certification denied.

570 A.2d 977

CREATIVE WORLD TRAVEL, INC. v.
JERRY WASSIL, ET AL.

November 13, 1989.

Petition for certification denied.